## Stanley Alexander, Appellant, v. Marilyn Alexander, Appellee.

Gen. No. 47,013.

First District, Third Division.

May 15, 1957.

Released for publication June 26, 1957.

Nathan M. Gomberg, of Chicago, for appellant; no brief filed for appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.